# UNITED STATES DISTRICT COURT

**WESTERN DISTRICT OF WASHINGTON**
**OFFICE OF THE CLERK**
Seattle
700 Stewart St., Suite 2310
Seattle, WA 98101
(206) 370-8400

**JOSHUA LEWIS**
**District Court Executive**
**Clerk of Court**

**ERIC SMITS**
**Chief Deputy Clerk**


October 22, 2026

**CLERK, US DISTRICT COURT**
Oregon District Court
Mark O. Hatfield United States Courthouse
1000 Southwest Third Avenue
Portland, OR 97204-2802

Re: Carlos Daniel Ruiz-Perez

Your No: 3:26-cr-00436-SI-1
Our No: 2:26-mj-652-MLP

Dear Clerk

Pursuant to the order transferring the above captioned case to your court per RULE 5(c)(3)(D), dated 10/22/2026, please download the documents maintained electronically by the District Court through PACER for the Western District of Washington at **https://ecf.wawd.uscourts.gov/.**

Please acknowledge receipt of this.

Sincerely,

JOSHUA LEWIS, District Court Executive

By Misha Johnson,
Deputy Clerk